UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

VS.  CASE NO: 3:17-mj-1258-MCR

**MIGUEL PACHECO-LOPEZ**

---

**ORDER OF TEMPORARY DETENTION PENDING
HEARING PURSUANT TO BAIL REFORM ACT**

Upon oral motion of the Government's to continue the detention hearing, the Motion is **GRANTED** and it is **ORDERED** that a detention hearing is set for July 19, 2017 at 3:00 PM before the Honorable Monte C. Richardson in Courtroom No. 5C, Fifth Floor, **300 North Hogan Street, Jacksonville, Florida.** The defendant shall be held in custody by the United States Marshals and produced for the hearing.

Date: July 14, 2017

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:
Assistant United States Attorney (Corsmeier)
Federal Public Defender (Hanania)