**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                  CASE NO. 3:17-mj-1258-MCR

MIGUEL PACHECHO-LOPEZ
_____/

Defense Atty.: WAFFA HANANIA
AUSA: ARNOLD CORSMEIER

| JUDGE: | **Monte C. Richardson**<br>**U.S. Magistrate Judge** | DATE AND TIME | July 19, 2017<br>3:06 PM – 3:12 PM<br>6 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | Herminia Tomasa Ajpacaja | PRETRIAL/PROBATION | KIMBERLY BARRETT |

# CLERK'S MINUTES

**PROCEEDINGS:**   **Detention Hearing**

Interpreter placed under oath.

Defense counsel advised of Defendant's desire to waive his detention and preliminary hearings.

The Court questioned Defendant regarding the waiver of hearings, and found that he did so knowingly and voluntarily.  **WAIVER OF PRELIMINARY FILED IN OPEN COURT**.

Defendant ordered detained - **ORDER TO ENTER**.