UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION



UNITED STATES OF AMERICA

v.  Case No. 3:17-cr-147-J-32PDB
    Ct. 1: 8 U.S.C. § 1324(a)(1)(A)(iv)
MIGUEL PACHECO-LOPEZ     and (a)(1)(B)(ii)

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

In or about May, 2017, in Duval County, in the Middle District of Florida, the defendant,

MIGUEL PACHECO-LOPEZ,

did encourage and induce an alien, namely a minor child with the initials S.M., to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence in the United States was in violation of law.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (a)(1)(B)(ii).

## **FORFEITURES**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture, pursuant to 8 U.S.C. § 1324(b), 18 U.S.C. § 982(a)(6), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 8 U.S.C. § 1324, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(6):

    a. Any conveyance, including any vessel, vehicle, or aircraft, used in the commission of the offense;

    b. Any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and

    c. Any property, real or personal, used or intended to be used to facilitate the commission of the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

2

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL,

_____
Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: _____
ARNOLD B. CORSMEIER
Assistant United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

3

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

MIGUEL PACHECO-LOPEZ

## INDICTMENT

Violation:   8 U.S.C. § 1324(a)(1)(A)(iv) and (a)(1)(B)(ii)

A true bill,

_____
Foreperson

Filed in open court this 10th day

of August, 2017.

_____
Clerk

Bail   $_____

GPO 863 525