United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.                                                                                          NO. 3:17-cr-147-J-32PDB

**MIGUEL PACHECO-LOPEZ**

## Clerk's Minutes

| **Proceeding** | Arraignment |
|---|---|
| **Date** | August 22, 2017 |
| **Time** | 2:06—39 p.m. |
| **Judge** | Patricia Barksdale, United States Magistrate Judge |
| **Courtroom Deputy** | Angela Loeschen, Courtroom Deputy |
| **Counsel for United States** | Chip Corsmeier, Assistant United States Attorney |
| **Counsel for Defendant** | Waffa Hanania, Assistant Federal Defender |
| **Interpreters** | Herminia Ajpacaja, K'iche' Interpreter (by telephone) Edward Hogan, Spanish Interpreter (in person) |
| **Filed in Open Court** | Notice of Acceptance of General Discovery |
| **Digital/Reporter** | Digital |

Ms. Loeschen placed Ms. Ajpacaja and Mr. Hogan under oath.

Judge Barksdale asked Mr. Pacheco-Lopez questions to assess competency.

Judge Barksdale advised Mr. Pacheco-Lopez of his rights.

Ms. Hanania confirmed receipt of the indictment.

Mr. Corsmeier read the indictment and explained the possible penalties.

Mr. Pacheco-Lopez entered a plea of not guilty to count one of the indictment.

Mr. Corsmeier advised the Court that discovery has been provided.

The parties must file any motions by **September 15, 2017**.

The parties agreed to provide witness lists and *Jencks* material three calendar days before trial.

The Honorable Timothy J. Corrigan will conduct a status conference on **September 18, 2017, at 4:00 p.m.**, and the trial during the **October 2, 2017**, trial term. Judge Barksdale will enter Judge Corrigan's standing scheduling order.