United States District Court
Middle District of Florida
Jacksonville Division

FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

8/22/17

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

No. 3:17-cr-147-J-32PDB

MIGUEL PACHECO-LOPEZ

### Notice of Acceptance of General Discovery

The defendant, through counsel, accepts general discovery under the Court's standing discovery order.

*Waffa J. Hanania*
*Attorney for Defendant*

### Certificate of Service

I certify that I have hand-delivered a copy of this notice to Chip Corsmeier, Assistant United States Attorney, 300 North Hogan St., Ste. 7-100, Jacksonville, FL 32202-4270, on August 22, 2017.

*Waffa J. Hanania*
*Attorney for Defendant*