**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA                    CASE NO. 3:17-cr-147-J-32PDB
v.
MIGUEL PACHECO-LOPEZ

<u>Counsel for Government</u>:                       <u>Counsel for Defendant</u>:
Arnold B. Corsmeier                          Waffa Hanania

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Marielena Diaz            Court Reporter: Shannon Bishop

CLERK'S MINUTES
PROCEEDINGS OF: CRIMINAL STATUS CONFERENCE
TRIAL TIME (Estimated Number of Days):

___    Government/Defendant requested a plea deadline.

___    Plea agreement deadline set for _____

___    This case will remain on the _____ trial term.

**X**    The defendant moved to continue trial.

___    Government moves to continue trial.

**X**    The government has no objection to the continuance.

**X**    For the reasons stated on the record, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial (18 U.S.C. §3161(h)(7)(A)), the Oral Motion to Continue Trial is **GRANTED.**

**CASE RESET**

**Status:**                    <u>November 20, 2017</u> at 4:00 p.m.
**Trial Term Commencing:**     <u>December 4, 2017</u> at 9:00 a.m.

DATE: September 18, 2017    TIMES: 4:18 p.m. - 4:20 p.m.   TOTAL: 2 Minutes