United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.                                           NO. 3:17-cr-147-J-32PDB

**MIGUEL PACHECO-LOPEZ**

## Clerk's Minutes

| Proceeding | Change-of-Plea |
|---|---|
| Date | November 21, 2017 |
| Time | 10:49—11:36 a.m. |
| Judge | Patricia Barksdale, United States Magistrate Judge |
| Courtroom Deputy | Angela Loeschen, Courtroom Deputy |
| Counsel for United States | Chip Corsmeier, Assistant United States Attorney |
| Counsel for Defendant | Waffa Hanania, Assistant Federal Defender |
| Interpreter | Herminia Tomasa Ajpacaja, K'iche Interpreter |
| Filed in Open Court | Notice Regarding Entry of Guilty Plea, Notice of Maximum Penalties |

Ms. Loeschen placed Ms. Ajpacaja and Mr. Pacheco-Lopez under oath.

Judge Barksdale asked Mr. Pacheco-Lopez questions to assess competency.

Judge Barksdale asked Mr. Pacheco-Lopez and Ms. Hanania questions about Mr. Pacheco-Lopez's waiver of his right to have a district judge hear his plea directly. Judge Barksdale found he voluntarily, knowingly, and intelligently waived that right and accepted for filing a written waiver.

Mr. Pacheco-Lopez entered a plea of guilty to count one of the indictment.

Following a Federal Rule of Criminal Procedure 11 colloquy, Judge Barksdale found that Mr. Pacheco-Lopez was alert and that he knowingly, intelligently, and voluntarily entered his guilty plea.

Judge Barksdale will issue a report and recommendation. The parties agreed to waive the 14-day period to object to it.

The Honorable Timothy Corrigan will review the report and recommendation and, if adopted, will schedule a sentencing hearing.