United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.  NO. 3:17-cr-147-J-32PDB

**MIGUEL PACHECO-LOPEZ**

___

### Report and Recommendation Concerning Guilty Plea

On November 21, 2017, by consent, the defendant appeared before me under Federal Rule of Criminal Procedure 11 and Local Rule 6.01(c)(12) and pleaded guilty to count one of the indictment. After cautioning him and examining him under oath concerning each Rule 11 matter, I found that his plea was intelligently, knowingly, and voluntarily made, and that the facts that he admitted establish the elements of the charged offense. I therefore recommend that the Court accept his plea and adjudicate him guilty of count one of the indictment. The parties agreed to waive the 14-day period to object to this report and recommendation.

**Done** in Jacksonville, Florida, on November 21, 2017.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c: The Honorable Timothy Corrigan, United States District Judge
  Chip Corsmeier, Assistant United States Attorney
  Waffa Hanania, Assistant Federal Defender
  United States Probation