**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                            CASE NO. 3:17-cr-147-J-32PDB

MIGUEL PACHECO-LOPEZ
_____

**ACCEPTANCE OF PLEA OF GUILTY,**
**ADJUDICATION OF GUILT, AND**
**NOTICE OF SENTENCING**

The Court adopts the Report and Recommendation Concerning Plea of Guilty entered

by the Honorable Patricia D. Barksdale, United States Magistrate Judge (Doc. 22), to which

there was no objection, and accepts the defendant's plea of guilty to Count One of the

Indictment, and the defendant is adjudged guilty of such offense.

**SENTENCING** for the defendant is hereby scheduled for **February 22, 2018 at 11:00**

**a.m.,**[1] before the undersigned in the United States Courthouse, Courtroom No. 10D, Tenth

Floor, 300 North Hogan Street, Jacksonville, Florida.  **The Court notifies any defendant**

**currently on pretrial release that pursuant to 18 U.S.C. §3143(a)(2), the Court is**

**required to remand a defendant into custody at sentencing in drug cases and cases**

**involving crimes of violence.  However, notwithstanding this provision, pursuant to**

**18 U.S.C. §3145(c), the Court may allow an otherwise qualified defendant to voluntarily**

_____

[1]The Court has reserved **one (1) hour** for this sentencing hearing.  Should the parties
believe it will require more than the hour to complete the sentencing hearing, they should
contact the undersigned's courtroom deputy, Marielena Diaz, at (904) 549-1303, as soon as
possible to advise of their estimate of the length of time required for this hearing.

surrender for "exceptional reasons."

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED NO LATER THAN THREE (3) WORKING DAYS PRIOR TO THE DATE OF SENTENCING.

**NOTE: The parties are advised (and should advise their witnesses) that photo identification is required to enter the United States Courthouse. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice.**[2]

**DONE AND ORDERED** in Jacksonville, Florida, this 8th day of December, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:
Arnold B. Corsmeier, AUSA
Waffa Hanania, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Herminia Ajpacaja (interpreter)
Defendant

---

[2]Cell phones must be turned off while in the courtroom.