# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.3:17-cr-147-J-32PDB** |
| v. | |
| **MICHEL PACHECO-LOPEZ** | |

| | |
|---|---|
| **Counsel for Government:** | **Counsel for Defendant:** |
| **Arnold B. Corsmeier** | **Waffa Hanania** |

## HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **Courtroom Deputy: Marielena Diaz** | **U.S. Probation: Kyle McCrohan** |
| **Court Reporter: Shannon Bishop** | **Interpreter: Herminia Ajpacaja** |

## CLERK'S MINUTES

**PROCEEDINGS OF SENTENCING:**

| | |
|---|---|
| _____ | United States' witnesses: _____ |
| _____ | Defendant's witnesses: _____ |
| _____ | United States' exhibits filed in evidence:_____ |
| _____ | Defendant's exhibits filed in evidence: _____ |
| X | Plea previously accepted. |
| X | Defendant adjudged guilty on Count **One (1) of the Indictment.** |
| X | Imprisonment: **TIME SERVED PLUS SEVEN (7) DAYS, with a release date of March 2, 2018.** |
| _____ | Court recommends confinement at: _____ |
| _____ | Court recommends to the BOP that defendant enroll in a residential substance abuse treatment program, pursuant to 18 U.S.C. § 3621(e). |
| _____ | Defendant enroll in any educational and vocational programs as are available. |
| _____ | Court recommends to the BOP that defendant receive mental health treatment, including cognitive behavioral therapy. |
| _____ | Supervised Release: **NO SUPERVISION TO FOLLOW** |
| _____ | Probation: _____ |
| X | Special Assessment: **$100.00** _____ to be paid immediately. |
| _____ | Restitution: _____ |
| _____ | Special conditions of supervised release/probation: _____ |

    _____ Defendant shall provide the Probation Officer access to any requested financial information.
    _____ Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself/herself for any major purchases without approval of the Probation Officer.
    _____ Defendant shall participate as directed in a program of mental health.
    _____ Defendant shall participate in a program for substance abuse treatment.
    _____ Educational and vocational programs should be made available to defendant,
    _____ Defendant shall participate in the Home Detention program for a period of _____ days/months.
    _____ Defendant shall perform _____ hours of community service as directed by the Probation Officer.
    _____ If deported by the Bureau of Immigration and Customs Enforcement (BICE), the Defendant shall not re-enter the United States unless allowed to do so legally.
    _____ Mandatory drug testing suspended. Defendant poses a low risk.
    X Defendant shall cooperate in the collection of DNA as directed by the probation officer.

| | |
|---|---|
| _____ | Count(s)_____ of the Indictment is dismissed on motion of Assistant U.S. Attorney or pursuant to Plea Agreement. |
| X | Defendant is remanded to the custody of the U.S. Marshal. |
| _____ | Defendant shall surrender to the designated institution as notified by the U.S. Marshal. |
| X | Defendant advised of right to appeal and to counsel on appeal. |
| _____ | Other: |